1285 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10019-6064 ii 
 USDC SDNY Se/r GLOUCESTER TOWER. 
WRITER’S DIRECT DIAL NUMBER DOCUMENT fe auseen pease CENTRAL 
(212) 373-3061 ELECTRONICALLY FILED TELEPHONE (852) 2846-0300 
WRITER'S DIRECT FACSIMILE DOC #: enecie 
(212) 492-0061 DATE FILED: 11/09/21 a 
 ee 

 November 8, 2021 77 KING STREET WEST, SUITE 3100 

 BY ECF 500 DELAWARE AVENUE, SUITE 200 
 . TELEPHONE (302) □□□□□□□□□ 
 Hon. Nelson S. Roman 
 United States District Court 
 Southern District of New York 
 300 Quarropas St. 
 White Plains, NY 10601-4150 

 Re: Baill v. Baker et al., 7:21-cv-06418-NSR 
 Dear Judge Roman: 

 On behalf of defendants—current and former officers and members of the Board of 
 Directors (the “Board”) of Regeneron Pharmaceuticals, Inc. (“Regeneron” or the “Company’””)— 
 we write to seek leave to file under seal information that this Court has previously determined to 
 be confidential pursuant to Rule 4.A of Your Honor’s Individual Rules of Practice in Civil Cases. 
 Specifically, to preserve the confidentiality of Regeneron’s proprietary 
 information, defendants seek to file under seal their: (1) memorandum in opposition to plaintiffs 
 motion to remand; (2) memorandum im support of the motion to dismiss; and (3) reply 
 memorandum in further support of the motion to dismiss. These papers contain a detailed 
 discussion of portions of the Complaint that this Court has previously determined should be 
 redacted. Defendants will file appropriately redacted versions of these papers on the public docket. 
 By way of background, on June 29, plaintiff Donald A. Ball commenced this 
purported derivative action in the Supreme Court of the State of New York, County of Westchester. 
 The publicly filed version of plaintiff's complaint included certain redactions of allegations that 
 contained non-public, confidential, proprietary and commercially sensitive information of 
 Regeneron, including the contents of confidential board and audit committee minutes, policies, 
 board presentations, and internal company emails. 

PAUL, WEISS, RIFRINIY, WrIAKIVN & UAKRKRISWN □□ 
 Hon. Judge Roman
 Regeneron produced these materials to plaintiff in response to his demand to 
 inspect company books and records, and in reliance on the terms of a Confidentiality Agreement 
 between Regeneron and plaintiff, in which plaintiff agreed that “irreparable damage to the 
 Company would occur in the event” of disclosure of confidential information, ECF 1 Ex. 2 at J 
 24. Plaintiff further agreed to “redact all references to Confidential Information in any pleadings 
 filed with the court.” /d. at § 13. 
 On July 28, 2021, this Court permitted defendants to file the unredacted Complaint 
 under seal and to publicly file the redacted Complaint as part of their removing the case to this 
 court. Additionally, on August 16, 2021, Your Honor approved plaintiff's request to file his pre- 
 motion letter under seal and simultaneously file the redacted version on the public docket. ECF 
 19. Courts in the Second Circuit similarly recognize the importance of protecting against public 
 disclosure of confidential business information where such disclosure could cause competitive 
 harm, and have permitted parties to protect such information by filing documents under seal or 
 with redactions. Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006); Mark v. 
 Gawker Media LLC, 2015 WL 7288641, at *2 (S.D.N.Y. Nov. 16, 2015) (granting request for 
 redactions “[i]n the interest of protecting confidential business information’’) (citing Standard Inv. 
 Chartered, Inc. v. FINRA, 2009 WL 2778447, at *2 (2d Cir. 2009) (upholding district court’s 
 finding that the defendant’s interest in protecting the confidential business information at issue 
 outweighed the qualified presumption of public access)). 
 Accordingly, and consistent with this Court’s prior orders, defendants respectfully 
 seek leave to file memoranda in opposition to plaintiff's motion to remand and in support of 
 defendants’ motion to dismiss relief under seal, and to file on the public docket versions of these 
 papers with the appropriate redactions. 

 Respectfully submitted, 

 /s/_H. Christopher Boehning 
 H. Christopher Boehning 

 The Court GRANTS Defs.' leave to file their memoranda 
 in opposition to Pl.'s motion to remand and in support of 
 Defs.' motion to dismiss under seal, and to file on the 
 public docket versions of these papers with the appropriate 
 redactions. 
 The Clerk of the Court is kindly directed to terminate the 
 motion in ECF No. 22. 
 Dated: November 9, 2021 SO ORDERED: 
 White Plains, NY ee anil 
 rf _f i rene 
 HON-NECSONS. ROMAN 
 UNITED STATES DISTRICT JUDGE